Nathan A. Searles (SBN 234315)
NASearles@portfoliorecovery.com
PRA Group
140 Corporate Boulevard
Norfolk, VA 23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL TOLLE,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No. ____________<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("PRA") hereby removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California, on the following grounds:

1. Plaintiff Michael Tolle instituted an action in the Superior Court of California, County of Fresno, on October 21, 2015. Copies of Plaintiff's Claim and Order are attached hereto as **Exhibit A.** Defendant was served on November 6, 2015.

2. Plaintiff's Complaint alleges that Defendant is reporting invalid information, in violation of the FDCPA. *See* Plaintiff's Claim, ¶ 3, Page 2 and continuation page 3.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA, which thus supplies this federal question.

4. Pursuant to 28 U.S.C. §1441, *et seq.*, this cause may be removed from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

5. Notice of this removal will promptly be filed with the Superior Court of California, County of Fresno, and served on all adverse parties.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC, by counsel, removes the subject action from the Superior Court of California, County of Fresno, to the United States District Court for the Eastern District of California.

Dated: December1, 2015

Respectfully submitted,

PORTFOLIO RECOVERY ASSOCIATES, LLC

*/s/ Nathan A. Searles*
Nathan A. Searles (SBN 234315)

NASearles@portfoliorecovery.com
PRA Group
140 Corporate Boulevard
Norfolk, VA 23502
(757) 519-9300, Ext 13206
(757) 321-2518 (fax)

Attorney for Defendant
Portfolio Recovery Associates, LLC

**PROOF OF SERVICE**

I am over the age of 18 and not a party to this action. My business address is: 140 Corporate Boulevard, Norfolk, Virginia 23502.

On December 1, 2015, I served true copies of the following document(s), with all exhibits and attachments (if any):

**Notice of Removal**

☒ Via Overnight Mail to:

Michael Tolle
402 E. Seagull Court
Fresno, CA 93730

I am readily familiar with the company's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service/UPS on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on December 1, 2015, at Norfolk, Virginia.

Sonia Gomez, Paralegal