# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TOLLE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES LLC,<br><br>　　　　Defendant.<br>_____/ | Case No. 1:15-cv-01797-LJO-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT THIS CASE SHOULD BE DISMISSED WITH PREJUDICE FOR FAILURE TO COMPLY WITH A COURT ORDER**<br><br>(Doc. 15) |

**INTRODUCTION**

On March 10, 2016, the parties filed a Notice of Settlement indicating that settlement had been reached and requesting "45 days to file the necessary dismissal papers." (Doc. 10.) By its order entered on March 11, 2016, the Court granted the parties' request and ordered that the parties file "appropriate papers to dismiss or conclude this action in its entirety" by April 25, 2016. (Doc. 11.) The Court cautioned that "[f]ailure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order." (*Id.*) After several extensions of time and the entry of an order to show cause, the parties still failed to file their dismissal papers. (*See* Docket.)

On March 21, 2017, the Magistrate Judge issued findings and recommendations that the

case be dismissed with prejudice for failing to comply with the Court's order to show cause. (Doc. 15.)  The parties were granted fourteen (14) days in which to file objections to the findings and recommendations.  (*Id.*)  No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on March 21, 2017, are ADOPTED IN FULL;

2. This action is DISMISSED WITH PREJUDICE; and

3. The Clerk of Court is directed to close this case.

This terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **April 10, 2017**                              /s/ Lawrence J. O'Neill
                                                UNITED STATES CHIEF DISTRICT JUDGE