# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**MICHAEL TOLLE,**

CASE NO: **1:15–CV–01797–LJO–SKO**

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/11/2017**

**Marianne Matherly**
Clerk of Court

ENTERED:  **April 11, 2017**

by: /s/ S. Sant Agata _____
Deputy Clerk